UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) ANDREW LUNN,<br>(2) ANTHONY ELWELL, and<br>(3) MARK DAILEANES,<br><br>Defendants | Criminal No.  20cr10193<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute 50 Grams or More of Methamphetamine<br>(21 U.S.C. § 846)<br><br>Counts Two, Four, and Five: Distribution of and Possession with Intent to Distribute 50 Grams or More of a Mixture and Substance Containing Methamphetamine<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))<br><br>Count Three: Distribution of and Possession with Intent to Distribute 50 Grams or More of Methamphetamine; Aiding and Abetting<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); 18 U.S.C. § 2)<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

INDICTMENT

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
50 Grams or More of Methamphetamine
(21 U.S.C. § 846)

The Grand Jury charges:

In or about July 2020, in Boston and Everett, in the District of Massachusetts, and elsewhere, the defendants,

(1) ANDREW LUNN,
(2) ANTHONY ELWELL, and
(3) MARK DAILEANES,

1

conspired with each other and with other persons unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 50 grams or more of methamphetamine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(viii) is applicable to this Count.

It is further alleged that, with respect to Count One, 50 grams or more of methamphetamine, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, (1) ANDREW LUNN, (2) ANTHONY ELWELL, and (3) MARK DAILEANES. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(viii) is applicable to defendants (1) ANDREW LUNN, (2) ANTHONY ELWELL, and (3) MARK DAILEANES.

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>
Distribution of and Possession with Intent to Distribute
50 Grams or More of a Mixture and Substance Containing Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))

The Grand Jury further charges:

On or about June 22, 2020, in Everett, in the District of Massachusetts, and elsewhere, the defendant,

(1) ANDREW LUNN,

did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

<u>COUNT THREE</u>
Distribution of and Possession with Intent to Distribute
50 Grams or More of Methamphetamine; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about July 8, 2020, in Boston, in the District of Massachusetts, and elsewhere, the defendants,

(1) ANDREW LUNN,
(2) ANTHONY ELWELL, and
(3) MARK DAILEANES,

did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT FOUR
Distribution of and Possession with Intent to Distribute
50 Grams or More of a Mixture and Substance Containing Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))

The Grand Jury further charges:

On or about August 5, 2020, in Everett, in the District of Massachusetts, and elsewhere, the defendant,

(1) ANDREW LUNN,

did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## COUNT FIVE
### Distribution of and Possession with Intent to Distribute 50 Grams or More of a Mixture and Substance Containing Methamphetamine
### (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii))

The Grand Jury further charges:

On or about September 1, 2020, in Everett, in the District of Massachusetts, and elsewhere, the defendant,

(1) ANDREW LUNN,

did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1. Upon conviction of the one or more of the offenses in violation of Title 21, United States Code, Sections 841 and 846, set forth in Counts One through Five of this Indictment, the defendants,

> (4) ANDREW LUNN,
> (5) ANTHONY ELWELL, and
> (6) MARK DAILEANES,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants --

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
ALATHEA E. PORTER
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: SEPTEMBER 15, 2020
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK