UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )  NO.  20-cr-10193-DJC<br>)<br>(1) ANDREW LUNN, )<br>(2) ANTHONY ELWELL, )<br>(3) MARK DAILEANES, and )<br>(4) WILLIAM VELEZ )<br>)<br>Defendants )| |

### JOINT INTERIM STATUS REPORT AND
### MOTION FOR ORDER OF EXCLUDABLE DELAY

Defendants Andrew Lunn, Anthony Elwell, and Mark Daileanes were indicted on September 15, 2020 with conspiracy to distribute and possession with intent to distribute 50 grams or more of methamphetamine (Count One), as well as one count of distribution and possession with intent to distribute 50 grams or more of methamphetamine, and aiding and abetting (Count 3). Defendant Lunn was also charged with three additional counts of distribution and possession with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine (Counts Two, Four, and Five). Defendant Lunn was arrested on September 23, 2020. Defendant Elwell was arrested on September 30, 2020. Defendant Daileanes was arrested on December 3, 2020. Defendant Elwell has been in custody since his arrest, while Defendants Lunn and Daileanes were released on conditions.

On March 16, 2021, a federal grand jury sitting in Boston, Massachusetts returned a superseding indictment, adding defendant William Velez to Count One, charging conspiracy to distribute and to possess with intent to distribute 50 grams or more of methamphetamine. Defendant Velez was arrested on March 23, 2021. On April 9, 2021, the Court ordered defendant

Velez detained pending trial.

On May 5, 2021, a federal grand jury sitting in Boston, Massachusetts returned a Second Superseding Indictment, which revised Counts Two, Four, and Five to charge distribution and possession with intent to distribute 50 grams or more of methamphetamine. In addition, the Second Superseding Indictment included allegations related to prior serious drug felony convictions for Defendant Elwell. On July 13, 2021, the Court appointed new counsel to represent Defendant Elwell, and the government subsequently provided all previously produced discovery to successor counsel. Pursuant to Local Rule 116.5(c), the government submits the following joint status report.

**1. Automatic Discovery and Discovery Requests**

The government has provided all automatic discovery. The defendants have not made any discovery requests at this time.

**2. Pretrial Motions**

The defendants have not filed any pretrial motions under Fed. R. Crim. P. 12(b). The defendants reserve the right to file pretrial motions by the date set for filing such motions by the Court.

**3. Excludable Delay**

Zero days of non-excludable time have accrued.

**4. Plea Discussions and Estimated Length of Trial**

The government has engaged in plea discussions with counsel for some of the defendants. At this time, the parties anticipate that at least some of the defendants will request Rule 11 hearings. Any trial in this case is expected to last approximately one week.

5. **Request for Status Conference**

The case is currently scheduled for a Status Conference on October 12, 2021. The defendants request additional time to discuss potential pre-trial resolution and to assess whether or not they intend to file any motions. Defendant Elwell has newly appointed counsel, who requests additional time to review the discovery. As such, the parties request that the Court set a Final Status Conference in 30 days. Additionally, the parties hereby move this Honorable Court for an Order designating the period from October 12, 2021 through the date set for the Final Status Conference as excludable delay pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the grounds that the ends of justice served in the delay outweigh the best interests of the public and the defendants in a speedy trial.

DATED: October 5, 2021

        Respectfully submitted,

        NATHANIEL R. MENDELL
        Acting United States Attorney

By:    */s/ Alathea E. Porter*
        Alathea E. Porter
        Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2021, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

        */s/ Alathea E. Porter*
        Alathea E. Porter
        Assistant U.S. Attorney