UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 20-cr-10193-DJC |
| | ) | |
| ANDREW LUNN | ) | |

## ASSENTED-TO MOTION TO CONTINUE SENTENCING

Mr. Andrew Lunn, the defendant in the above captioned case, moves to continue his currently scheduled sentencing hearing, now set for April 27, 2022, and be rescheduled to a date in January 2023 (that is convenient to the Court's schedule). As grounds, counsel for Mr. Lunn states that Mr. Lunn has been accepted into the RISE program and anticipates completion of the program in early 2023. The Government assents to this request.

                                          Respectfully Submitted,
                                          ANDREW LUNN
                                          By his attorney,

Dated: 1/31/2022                      /s/ *Forest O'Neill-Greenberg*
                                          Forest O'Neil-Greenberg
                                          BBO #674760
                                          Federal Defender Office
                                          51 Sleeper St., Fifth Floor
                                          Boston, MA 02210
                                          Tel: 617-223-8061

## CERTIFICATE OF SERVICE

    I, Forest O'Neill-Greenberg, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 31, 2022.

                                                                /s/ *Forest O'Neill-Greenberg*
                                                                Forest O'Neil-Greenberg